UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 6072



| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD. a/s/o French-Japanese Educational Institute and other interested insureds under the policy of insurance,<br>-v-<br>MC GOWAN BUILDERS, INC. and ARISTA AIR CONDITIONING CORP., | Plaintiff,<br><br>Case No.<br><br>Rule 7.1 Statement<br><br>Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Nipponkoa Insurance Company, Ltd.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Please see addendum

Date: 06/30/2008

Signature of Attorney

Attorney Bar Code: 5388

Form Rule7_1.pdf SDNY Web 10/2007

Addendum to Rule 7.1 Statement

NIPPONKOA INSURANCE COMPANY, LTD. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

- The Standard Fire Insurance Company
- The Travelers Indemnity Company or
- Travelers Casualty and Surety Company
- Farmington Casualty Company
- The Automobile Insurance Company of Hartford, Connecticut
- The Charter Oak Fire Insurance Company
- The Phoenix Insurance Company
- The Travelers Home and Marine Insurance Company
- The Travelers Indemnity Company of America
- The Travelers Indemnity Company of Connecticut
- Travelers Property Casualty Company of America (formerly known as the Travelers Indemnity Company of Illinois; name change effective 01/01/04)
- The Travelers Lloyds Insurance Company
- TravCo Insurance Company
- Travelers Casualty Insurance Company of America (formerly known as Travelers Casualty and Surety Company of Illinois; name change effective 01/01/04)
- Travelers Casualty Company of Connecticut
- Travelers Commercial Insurance Company
- Travelers Excess and Surplus Lines Company
- Travelers Lloyds of Texas Insurance Company
- Travelers Personal Security Insurance Company
- Travelers Property Casualty Insurance Company
- Travelers Personal Insurance Company (formerly known as Travelers Property Casualty Insurance Company of Illinois; name change effective 01/01/04)
- St. Paul Insurance Company
- USF&G Insurance Company
- St. Paul Fire and Marine Insurance Company
- St. Paul Mercury Insurance Company